**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 22-1397**

───────────

DARLENE BENNETT,

        Plaintiff - Appellant,

   v.

GINA M. RAIMONDO, Secretary, United States Department of Commerce,

        Defendant - Appellee.

───────────

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Charles B. Day, Magistrate Judge.  (8:20-cv-03428-CBD)

───────────

Submitted:  September 8, 2022             Decided:  September 12, 2022

───────────

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Darlene Bennett, Appellant Pro Se.  Kimberly Shannon Phillips, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darlene Bennett appeals the magistrate judge's* orders granting summary judgment to the Secretary of the United States Department of Commerce on Bennett's employment-related claims, brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17, and the Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 to 634, and denying Bennett's Fed. R. Civ. P. 59(e) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm the magistrate judge's orders. *Bennett v. Raimondo*, No. 8:20-cv-03428-CBD (D. Md. Feb. 8, 2022; Mar. 29, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

\* The parties consented to the magistrate judge's jurisdiction. *See* 28 U.S.C. § 636(c).

2